## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LLON LAGARDE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 2:17-cv-8098 |
| | ) | |
| v. | ) | Judge: Lemmon |
| | ) | |
| FIRSTSOURCE ADVANTAGE, LLC, | ) | Magistrate: Roby |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

Plaintiff, Llon Lagarde ("Plaintiff"), through undersigned counsel, hereby notifies the Court that the parties have agreed to settle Plaintiff's claims in this action. Plaintiff anticipates filing a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) within 60 days, which will dismiss all of Plaintiff's claims with prejudice. Accordingly, Plaintiff requests the Court vacate all pending orders and deadlines.

DATED: September 7, 2017                    RESPECTFULLY SUBMITTED,

                                                */s/ Samuel J. Ford*
                                                Samuel J. Ford, Esq., T.A. #36081
                                                Scott, Vicknair, Hair & Checki, LLC
                                                909 Poydras St., Ste. 1100
                                                New Orleans, LA 70112
                                                ford@svhclaw.com
                                                Phone: (504) 684-5200
                                                Fax: (504) 613-6351
                                                Attorney for Plaintiff